P-SEND

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TO: Clerk, United States District Court

Attention: JOVITA ILAGAN
Deputy Clerk

SUBJECT: **REQUEST FOR CALENDAR DATE**

FILED
CLERK, U.S. DISTRICT COURT
APR 21 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Date: APR 19 2004

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| CRAIG SMITH | CR90-00497-WDK | 94598-012 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* ~~KAREN WOODS~~ FEDERAL PUBLIC DEFENDER |
|---|---|
| 1/15/04 | TELEPHONE NO. ~~(213) 991-2044~~ |

*As Shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing during the week of 5/3/04. The defendant was taken into local custody and the issuance of a Writ is not required.

Interpreter Needed? [] Yes [X] No

STEVEN FRYDMAN (562) 868-3709
U. S. PROBATION OFFICER

JERRY M. SMITH (562) 863-2937
SUPERVISING PROBATION OFFICER

**FAX NO. ((562) 863-5083)**

LODGED
2004 APR 20 AM 10: 0
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

*Routing of Request: Orig to Clerk's Office* *Copies to:* *U. S. Attorney (Chief, Criminal Division)*
*Federal Public Defender (Chief Deputy)*

***FOR CLERK'S USE ONLY***

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable WILLIAM D. KELLER, U. S. District Judge, on April 30, 2004 at 9:30 a.m./p.m. in Courtroom No. D, 8th Floor, 312 N. Spring St., Los Angeles

ENTERED ON ICMS
APR 22 2004

Date April 21, 2004

CLERK, U. S. DISTRICT COURT

By [signature]
Deputy Clerk

*Routing of Notice by Clerk: Original - Court File*
*cc: U. S. Probation Officer*
*U. S. Attorney, Attn: Chief, Criminal Division*
*Defense Attorney*
*Federal Public Defender, Attn: Chief Deputy*
*~~U. S. Marshal (Warrant Cases only)~~*
*~~Interpreter Section, Clerk's Office (When needed)~~*

891

PROB:CDC:63
01/08/01